REQUEST FOR COURT ACTION / DIRECTION

TO:     James Molinelli
        Clerk's Office

OFFENSE: CONSPIRACY TO DISTRIBUTE COCAINE AND COCAINE BASE [21 USC 846]

ORIGINAL SENTENCE: Sixty (60) months imprisonment; five (5) years Supervised Release; $100 Special Assessment

FROM:   Yvonne Rivera
        U.S. Probation Officer

SPEC. CONDITIONS:
1. The defendant is prohibited from possessing a firearm or other dangerous weapon.
2. The defendant is to participate in a program for substance abuse as directed by the United States Probation Office, which program may include testing to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.
3. The defendant shall use his true name and will be prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth, and any pertinent incorrect identifying information.



RE:     YTURRINO, Tilson
        Docket # 4:99CR4002-001

07 CRIM. 795

DATE OF SENTENCE:   January 20, 2004

DATE:   August 27, 2007

ATTACHMENTS:    PSI X    JUDGMENT X
REQUEST FOR:    COURT DIRECTION  X

### REQUEST FOR ACCEPTANCE OF JURISDICTION

This offender was sentenced in the District of Massachusetts on January 20, 2004, as outlined above. He was released from custody on January 29, 2004 to commence his supervised release term. On July 12, 2005, the District of Massachusetts initiated a transfer of jurisdiction with their Court, based on his permanent residence in this district.

YTURRINO, Tilson                                                                                   P42761-YR
Docket #: 4:99CR40021-001
Page 2

Attached please find Probation Form 22, signed on July 8, 2005 signed by the Honorable Nathaniel M. Gorton, U.S. District Judge for the District of Massachusetts, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached forms (Probation 22), be endorsed and returned to our office.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
    Yvonne Rivera
    U.S. Probation Officer
    212-805-5192


Approved By: _____
    Avriel G. George                    Date:
    Supervising U.S. Probation Officer

/dg
Enclosures