

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 28, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/08
```

Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
Fax: (212) 805-6390

**MEMO ENDORSED**

Re: <u>United States v. Edward Feuer</u>, 07 Cr. 795 (WHP)

Dear Judge Pauley:

The next pretrial conference in the above-captioned case is scheduled for April 2, at 2 pm. The Government respectfully submits this letter to request that the Court exclude time under the Speedy Trial Act until that time, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
David A. O'Neil
Assistant United States Attorney
Telephone: (212) 637-2533
Facsimile: (212) 637-2937

cc: Richard Galler, Esq.
(By fax: 201-342-1848)

Application Granted in the interests of justice
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
3/28/08

TOTAL P.01